UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISADORE LAMONT LAMKIN, | ) | No. CV 13-6563 AG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LINDA McGREW, Warden, | ) ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 31, 2014

ANDREW J. GUILFORD
United States District Judge